UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-3736
_____

UNITED STATES OF AMERICA

v.

DAVID WAYNE HULL
                                        Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal No. 03-cr-00096)
District Judge:  The Honorable Gary L. Lancaster
_____

Submitted Under Third Circuit LAR 34.1(a)
October 30, 2009

BEFORE: SMITH, FISHER, and NYGAARD, Circuit Judges.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the Western District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on October 30, 2009.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered on September 11, 2007, be, and the same is hereby affirmed without prejudice to Hull's right to raise the ineffective assistance of counsel claim in a collateral proceeding.

All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: November 4, 2009