≈AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____WESTERN_____   District of   _____PENNSYLVANIA_____

## UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

DAVID HULL

Case Number:  2:03-cr-96

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **DAVID HULL**
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    X Violation Notice    ☐ Probation Violation Petition

charging him or her with    (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

SUPERVISED RELEASE VIOLATION

Patricia Hill
Name of Issuing Officer

*Patricia Hill*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

01/10/2013       Pittsburgh
Date and Location

Bail fixed at $  At the Discretion of the Mag. Judge   by  _____
                                                           Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  HIS RESIDENCE LOCATED AT 425 REBER RD. WEST LIBERTY, KY 41472

| DATE RECEIVED 01/11/13 | NAME AND TITLE OF ARRESTING OFFICER T BARTLEY, DUSM | SIGNATURE OF ARRESTING OFFICER *TCBartley 5637* |
|---|---|---|
| DATE OF ARREST 01/15/13 10:30 | | |