15538PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for the
## Western District of Pennsylvania

**PETITION FOR WARRANT OR SHOW CAUSE HEARING FOR OFFENDER UNDER SUPERVISION**

Name of Offender:     David Wayne Hull            Case Number: 0315 2:03CR00096-001

Name of Sentencing Judicial Officer:       The Honorable Gary L. Lancaster

Date of Original Sentence:       February 25, 2005

Original Offense:     Possession of an Unregistered Firearm (Silencer); Possession of an Unregistered Firearm (Explosive Bomb); Transfer of an Unregistered Firearm (Explosive Bomb); Making of an Unregistered Firearm (Explosive Bomb); Distribution of Information Relating to Explosives, Destructive Devices, and Weapons of Mass Destruction; Possession of Firearm(s) by a Convicted Felon; Tampering with a Witness.

Original Sentence:     144 months' imprisonment at Count 7, and 120 months' imprisonment at Counts 2, 4, 5, 6, 9, and 10. All terms shall run concurrently.  3 years' supervised release, all terms to run concurrently.

Special Conditions:     Mental health assessment and treatment, as directed by PO

Type of Supervision:     TSR          Date Supervision Commenced:     07/20/2012

Assistant U.S. Attorney:     Margaret Picking      Defense Attorney:     Chris Eyster

Prior Court History:     08/28/2007: Count 7 (Distribution of Information Relating to Explosives, Destructive Devices, and Weapons of Mass Destruction) dismissed. Resentenced to 130 months' imprisonment to consist of 120 months' at Counts 2, 4, 5, 6, and 9 with those terms running concurrently with each other, followed by a consecutive period of 10 months at Count 10. In all other aspects the order from 02/25/2005 remains the same. Judge Lancaster.
01/09/2013: Warrant issued. Judge Lancaster.
01/16/2013: Initial appearance; released pending disposition of state charges. (ED/KY)

## PETITIONING THE COURT

☐ To Issue a Warrant                    ☒ To Issue a Summons
☐ To Schedule a Show Cause Hearing       ☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

1. **Shall not commit another Federal, state, or local crime.**
2. **Shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.**
The Court was previously notified that the defendant was arrested in Moorehead, Kentucky by Kentucky State Police on December 6, 2012, for Possession of a Handgun by a Convicted Felon. The defendant allegedly had access to a 9mm handgun which was found the date of arrest in his residence, in a small gun safe under the defendant's bed that he shared with his wife. The key to the safe was in plain view on the kitchen table and accessible to the defendant. The following evidence was confiscated by police: Hi-Point model 09 9mm semi-automatic handgun;  a magazine containing 8 rounds; a box containing 43 9mm rounds; a box containing 17 9mm

rounds; a box containing 50 9mm rounds; and a 16 gauge shotgun round. Also observed by officers was a jug of black powder sitting by his bed at which time Mrs. Christa Hull, his wife, stated that there was a black powder rifle in the residence.

The defendant posted $25,000 bond on the local charge and was released. The charge remains pending and it is unlikely that disposition will occur prior to his scheduled case expiration of July 17, 2015. Mr. Hull has indicated to U.S. Probation Officer Michael Jones, Eastern District of Kentucky, where he resides and is being actively supervised, that he intends to take the charge to trial. A trial date has not been set.

In order to maintain continued supervision pending the disposition of the criminal charge in Kentucky, it is the joint recommendation of U.S. Probation Officer Michael Jones and the undersigned that a Summons be issued and that a date be set 6 months from now to review the status of the case and determine if said case should continue to be monitored or be permitted to close. Should the pending charges be disposed of prior to that date, the Court will be notified.

---

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Tracey Begonia
United States Probation Officer

Approved By: _____
Chris Davis
Supervising U.S. Probation Officer

Date: 7/1/2015

---

**THE COURT ORDERS:**
☐ No Action

☐ The Issuance of a Warrant and:
  ☐ No Bond is set
  ☐ Bond is set at _____
  ☐ Bond is at the discretion of the Magistrate Judge

☐ That the supervised releasee appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____ Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the supervised releasee appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____ Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The supervised releasee is hereby ordered to abide by the conditions of supervision which were originally imposed on February 25, 2005. If disposition is reached in the pending charge noted above prior to the scheduled date, the Probation Office will notify the Court.

☐ Other

_____
SIGNATURE OF JUDICIAL OFFICER

_____
DATE